IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UBERETHER, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ANITIAN, INC.,<br><br>      Defendant. | C.A. No. 1:22-cv-00088 RGA |

**STIPULATION AND [PROPOSED] ORDER GOVERNING
PLAINTIFF'S TIME TO AMEND THE COMPLAINT OR
RESPOND TO DEFENDANT'S MOTION TO DISMISS**

WHEREAS, Plaintiff UberEther, Inc. ("Plaintiff") filed the above-captioned action on January 21, 2022 against Defendant Anitian, Inc. ("Defendant," and together with Plaintiff, the "Parties") (D.I. 1);

WHEREAS, on February 14, 2022, Defendant filed a Partial Motion to Dismiss and Motion for a More Definite Statement (D.I. 8);

WHEREAS, undersigned counsel for the Parties have conferred and agreed, subject to approval by the Court, on a time by which Plaintiff shall file an Amended Complaint or a Response to Defendant's Partial Motion to Dismiss and Motion for a More Definite Statement and the time in which Defendant shall answer, move, or otherwise respond to Plaintiff's Amended Complaint or reply to Plaintiff's Response to Defendant's Partial Motion to Dismiss or for a More Definite Statement.

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that:

  1. Plaintiff shall file an Amended Complaint or Response to Defendant's Partial Motion to Dismiss and Motion for a More Definite Statement on or before March 16, 2022;

2. Defendant shall then answer, move, or otherwise respond to Plaintiff's Amended Complaint or reply to Plaintiff's Response to Defendant's Partial Motion to Dismiss or For a More Definite Statement on or before April 1, 2022.

Dated: February 16, 2022

| MCCARTER & ENGLISH, LLP | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| /s/ Chelsea A. Botsch | /s/ Mary S. Thomas |
| Daniel M. Silver (#4758) | Mary S. Thomas (#5072) |
| Chelsea A. Botsch (#6715) | 1310 North King Street |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King St., 8th Floor | Tel: (302) 888-6500 |
| Wilmington, DE 19801 | msthomas@prickett.com |
| Tel: (302) 984-6300 | |
| dsilver@mccarter.com | OF COUNSEL: |
| cbotsch@mccarter.com | |
| | Adam S. Caldwell |
| OF COUNSEL: | Courtney T. DeThomas |
| | DAVID WRIGHT TREMAINE LLP |
| Alexander Wood Major | 1301 K Street NW, Suite 500 East |
| MCCARTER & ENGLISH, LLP | (202) 973-4200 |
| 1310 K Street, NW, Suite 1000 West | adamcaldwell@dwt.com |
| Washington, D.C. 20005 | courtneydethomas@dwt.com |
| (202) 753-3440 | |
| amajor@mccarter.com | *Attorneys for Defendant Anitian, Inc.* |
| | |
| *Attorneys for Plaintiff UberEther, Inc.* | |

**IT IS SO ORDERED**, this _____ day of _____, 2022.

_____
THE HONORABLE RICHARD G. ANDREWS